IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) UNITED STATES OF AMERICA<br>(2) STATE OF OKLAHOMA<br>(3) ex rel. TINA AND TONY AVALLONE,<br><br>        Plaintiffs,<br><br>v.<br><br>(1) HOMEBASED SERVICES & RESOURCES, INC., an Oklahoma corporation, and (2) AMY KESNER, Ph.D.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:17-cv-00156-SPS |

## **DEFENDANT HOMEBASED SERVICES & RESOURCES, INC.'S RESPONSE TO COURT'S ORDER AS TO AUTOMATIC STAY**

Pursuant to the Court's Order directing parties to show cause as to why the stay in this case ought not to be lifted as to all parties other than the debtor in bankruptcy, Defendant, Homebased Services & Resources, Inc. ("HSR"), states as follows:

1. Lifting the stay as to HSR has no impact on the debtor in bankruptcy and HSR has no objection to the stay in this matter being lifted.

1

Respectfully Submitted,

*/s/ R. Blaine Nice*
Warren F. Bickford, OBA No. 773
R. Blaine Nice, OBA No. 11944
Socorro Adams Dooley, OBA No. 32716
FELLERS SNIDER BLANKENSHIP
   BAILEY & TIPPENS. P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone:  (405) 232-0621
Facsimile:  (405) 232-9659
Email:  wbickford@fellerssnider.com
        bnice@fellerssnider.com
        sdooley@fellerssnider.com

*Attorney for Defendant*
*Homebased Services & Resources, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of July, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael J. Cooper, Esq.
United States Attorney
520 Denison Avenue
Muskogee, OK 74401
*Attorney for United States of America*

Jean Walpole Coulter, Esq.
JEAN WALPOLE COULTER & ASSOC., INC.
406 S. Boulder, Suite 712
Tulsa, OK 74103
*Attorney for Plaintiffs, Tony & Tina Avallone*

Brian W. Huckabee, Esq.
HUCKABEE LAW, PLLC
406 S. Boulder, Suite 425
Tulsa, OK 74103
*Attorney for Defendant Dr. Amy Kesner*

                                                                 */s/ R. Blaine Nice*
                                                                  Warren F. Bickford

735163:29058